UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>Barbara J. Barnett,<br><br>  Debtor. | BK No. 10-51198 |
| Target National Bank,<br><br>  Plaintiff,<br><br>v.<br><br>Barbara J. Barnett,<br><br>  Defendant. | ADV. NO. 11-05006 |

### STIPULATION OF NONDISCHARGEABILITY AND PAYMENT PLAN

Plaintiff, Target National Bank, by and through its attorney-of-record Richard S. Ralston, and Defendant, Barbara J. Barnett, by and through Defendant's attorney-of-record, Todd A Farmer, hereby stipulate as follows:

### RECITALS

1. On or about 10/05/2010, Defendant filed for relief under Chapter 7 of the Bankruptcy Code.

2. On the date of filing of the petition in this case, Defendant was indebted to Plaintiff for the sum of $4,963.43 on account number XXXXXXXXXXXX4499.

3. Plaintiff has filed an Adversary Proceeding objecting to the discharge of the debt. The Parties desire to resolve this matter without further litigation upon the terms and conditions herein.

### AGREEMENT

4. The Parties agree that the sum of $2,500.00 owed by Defendant to Plaintiff shall not be discharged by order of this Court, and Plaintiff shall be granted judgment against Defendant in this amount.

Page 1 –STIPULATION OF NONDISCHARGEABILITY AND PAYMENT PLAN
XXXXXXXXXXXX4499.



43848141

2704434631                                                                                                    19:53:46   02-11-2011         3/9

5.  The non-discharged sum of $2,500.00 shall be paid as follows: the sum of $200.00 per month, each month for 12 months, commencing 04/01/2011, thereafter a final payment of $100.00. The remaining payments shall be due on the same day of each month thereafter. While not in default, such principal shall not bear interest.

6.  Payments are to be made to:

    Accounts Receivable
    Attn: Target National Bank
    WEINSTEIN & RILEY, P.S.
    P.O. Box 3978
    Seattle, WA 98124
    INCLUDE ACCOUNT NUMBER ON PAYMENTS

    Plaintiff or its agents may send monthly bills and invoices as a courtesy reminder to Defendant.

7.  In the event Defendant defaults in payments, Plaintiff shall be entitled to declare the sum of $2,500.00, plus any interest, immediately due and payable, together with Plaintiff's reasonable attorneys' fees and costs incurred.

8.  Plaintiff will refrain from pursuing its rights under this agreement so long as Defendant continues to make payment on a regular, timely basis. If Defendant defaults however, Plaintiff shall have the right to pursue any legally available remedy without further notice, and without need for further relief from the automatic stay in any bankruptcy proceeding in which the Defendant is a Debtor pursuant to 11 U.S.C. § 362(c)(2)(C).

9.  Defendant acknowledges and stipulates that if Defendant fails to make any payment as agreed, the remaining $2,500.00, less any payments made, shall bear interest at twelve percent (12%) per annum until paid or otherwise satisfied. However, no interest will accrue so long as payments are kept current.

Page 2 –STIPULATION OF NONDISCHARGEABILITY AND PAYMENT PLAN
XXXXXXXXXXXX4499.

43848141

10. Plaintiff will refrain from pursuing its rights under this agreement so long as Defendant continues to make payment on a regular, timely basis. If Defendant defaults, however, Plaintiff shall have the right to pursue any legally available remedy without further notice.

11. Defendant understands that Defendant is waiving Defendant's right to a trial and their right to a discharge of this debt should Defendant prevail at trial. Defendant has carefully considered this settlement with an attorney of their choice, or has voluntarily elected not to do so, after being given that opportunity.

12. The parties each agree to pay their own attorney fees and costs in this matter.

_____    2·11·11
Richard S. Ralston Bar # 91106    Date
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
Attorney for Plaintiff

_____    2-8-2011
Barbara J. Barnett    Date
Defendant

Approved as to form:
_____    2-11-11
Todd A Farmer Bar #    Date
Attorney At Law
329 N. 5th Street
Po Box 7766
Paducah, KY 42002-7766
Attorney for Defendant

Page 3 - STIPULATION OF NONDISCHARGEABILITY AND PAYMENT PLAN
XXXXXXXXXXXX4499.



43848141