UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>Barbara J. Barnett,<br><br>   Debtor. | BK No. 10-51198 |
| Target National Bank,<br><br>   Plaintiff,<br><br>v.<br><br>Barbara J. Barnett,<br><br>   Defendant. | ADV. NO. 11-05006 |

## ORDER AND JUDGMENT OF NONDISCHARGEABILITY

Based upon the Stipulation of the Parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The sum of $2,500.00 owed by Defendant to Plaintiff is found to be nondischargeable and Plaintiff is granted judgment against Defendant in this amount.

2. The non-discharged sum of $2,500.00 shall be paid as follows: the sum of $200.00 per month, each month for 12 months, commencing 04/01/2011, thereafter a final payment of $100.00.

3. The remaining payments shall be due on the same day of each month thereafter. While not in default, such principal shall not bear interest.

4. Payments are to be made to:

    **Accounts Receivable**
    **Attn: Target National Bank**
    **WEINSTEIN & RILEY, P.S.**
    **P.O. Box 3978**
    **Seattle, WA 98124**

Page 1 –ORDER AND JUDGMENT OF NONDISCHARGEABILITY
XXXXXXXXXXXX4499.



43848141

**INCLUDE ACCOUNT NUMBER ON PAYMENTS**

Plaintiff or its agents may send monthly bills and invoices as a courtesy reminder to Defendant.

5. In the event Defendant defaults in payments, Plaintiff shall be entitled to declare the sum of $2,500.00, plus any interest, immediately due and payable, together with Plaintiff's reasonable attorneys' fees and costs incurred.

6. Defendant acknowledges and stipulates that if Defendant fails to make any payment as agreed, the remaining $2,500.00, less any payments made, shall bear interest at twelve percent (12%) per annum until paid or otherwise satisfied. However, no interest will accrue so long as payments are kept current.

7. Plaintiff will refrain from pursuing its rights under this agreement so long as Defendant continue to make payment on a regular, timely basis. If Defendant defaults, however, Plaintiff shall have the right to pursue any legally available remedy without further notice.

8. The parties shall pay their own attorney fees and costs in this matter.

Dated: _____

                                                          Thomas H. Fulton
                                                          BANKRUPTCY JUDGE

Page 2 –ORDER AND JUDGMENT OF NONDISCHARGEABILITY
XXXXXXXXXXXXX4499.

43848141

Submitted by: _____

Richard S. Ralston State Bar # 21106
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
Attorney for Plaintiff

2·11·11
Date

_____
Todd A Farmer Bar #
Attorney At Law
329 N. 5th Street
Po Box 7766
Paducah, KY 42002-7766
Attorney for Defendant

_____
Date

cc:   Richard S. Ralston
      Todd A Farmer

Page 3 – ORDER AND JUDGMENT OF NONDISCHARGEABILITY
XXXXXXXXXXXX4499
43848141